IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FRED PONDER,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

CIVIL ACTION NO.
1:16-CV-4125-ODE-LTW

## MAGISTRATE JUDGE'S NON-FINAL REPORT AND RECOMMENDATION

This case is presently before the Court on Defendant Ocwen Loan Servicing, LLC's Motion to Dismiss (Doc. 35). On November 3, 2016, Plaintiff Fred Ponder ("Plaintiff") filed the instant lawsuit, and subsequently amended his Complaint on January 16, 2017. (Docs. 1, 16). On April 26, 2017, Defendant Ocwen Loan Servicing, LLC ("Defendant") moved to dismiss Plaintiff's Amended Complaint. (Doc. 35). On May 12, 2017, Plaintiff moved to file a second amended complaint in order to add more factual detail to his Complaint, and this Court granted Plaintiff's Motion on November 6, 2017. (Docs. 39, 52). On November 20, 2017, Defendant filed its Motion to Dismiss Second Amended Complaint on the grounds that the Second Amended Complaint failed to state a claim. (Doc. 54). Because Plaintiff filed a Second Amended Complaint and Defendant has specifically moved to dismiss Plaintiff's Second Amended Complaint, Defendant's Motion to Dismiss Plaintiff's First Amended Complaint should be

**DEEMED MOOT**.  (Doc. 35).

    **SO REPORTED AND RECOMMENDED**, this __7__ day of December, 2017.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)