
FILED IN CHAMBERS
U.S.D.C. - Atlanta
FEB 0 6 2018
James N. Hatten, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FRED PONDER,

    Plaintiff

v.

OCWEN LOAN SERVICING, LLC,

    Defendant

CIVIL ACTION FILE NO.
1:16-CV-4125-ODE-LTW

## ORDER

This civil case is before the Court on the Non-Final Report and Recommendation of United States Magistrate Judge Linda T. Walker filed December 11, 2017 [Doc. 56] ("R&R"). No objections have been filed.

In the R&R, Judge Walker recommends that Defendant's Motion to Dismiss [Docs. 35] be deemed moot because the motion requests dismissal of Plaintiff's first amended complaint [Doc. 16] which is no longer the operative pleading in light of Plaintiff's second amended complaint filed November 6, 2017 [Doc. 53][1].

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Defendant's Motion to Dismiss [Doc. 35] is DEEMED MOOT.

SO ORDERED, this 5 day of February, 2018.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

---

[1] Defendant filed a motion to dismiss the second amended complaint on November 20, 2017 [Doc. 54].