# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FRED PONDER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:16-cv-04125-ODE-LTW |
| | ) |
| OCWEN LOAN SERVICING, LLC, *et. al.*, | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANT OCWEN LOAN SERVICING, LLC'S MOTION FOR PROTECTIVE ORDER RELATING TO PLAINTIFF'S NON-PARTY SUBPOENA TO REAL ESTATE FINANCE DIVISION OF NEW YORK DEPARTMENT OF FINANCIAL SERVICES

Defendant Ocwen Loan Servicing, LLC, hereby moves, pursuant to Rule 26(c) and 45 of the Federal Rules of Civil Procedure, for a protective order related to the subpoena to produce documents purportedly served upon the Real Estate Finance Division of the New York Department of Financial Services. (Doc. 104.) Ocwen's supporting brief is filed contemporaneously with this Motion.

[*signature appears on the following page*]

Dated: May 3, 2019.

**LOCKE LORD LLP**

*s/ John Michael Kearns*
Elizabeth J. Campbell
Georgia Bar No. 349249
*Email: ecampbell@lockelord.com*
John Michael Kearns
Georgia Bar No. 142438
Email:  *john.kearns@lockelord.com*
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
(404) 870-4600
(404) 872-5547 (fax)

*Attorneys for Ocwen Loan Servicing, LLC*

2

## CERTIFICATE OF SERVICE

I certify that I have this 3rd day of May, 2019, electronically filed the foregoing **DEFENDANT OCWEN LOAN SERVICING, LLC'S MOTION FOR PROTECTIVE ORDER RELATING TO PLAINTIFF'S NON-PARTY SUBPOENA TO REAL ESTATE FINANCE DIVISION OF NEW YORK DEPARTMENT OF FINANCIAL SERVICES** with the Clerk of Court using the CM/ECF system, which will electronically serve the same on Plaintiff's counsel of record listed below:

>Orion Gregory Webb
>Smith Welch Webb &
>White, LLC
>Suite 300
>280 Country Club Drive
>Stockbridge, GA 30281
>owebb@smithwelchlaw.com

>*s/ John Michael Kearns*
>John Michael Kearns
>Georgia Bar No. 142438
>
>*One of the Attorneys for Defendant Ocwen Loan Servicing, LLC*

3

71477130v.1 1006335/01554