IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE |
| ) | |
| FRED PONDER, ) | NO. 05-71427 |
| ) | |
| Debtor ) | |
| ) | |
| ) | CONTESTED MATTER PROCEEDING |
| WELLS FARGO BANK MINNESOTA, AS ) | |
| TRUSTEE, BY LITTON LOAN ) | |
| SERVICING, L.P., ITS SERVICING ) | |
| AGENT, ) | CHAPTER 13 |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | JUDGE: C. RAY MULLINS |
| ) | |
| FRED PONDER ) | |
| NANCY J. WHALEY, Trustee ) | |
| ) | |
| Respondents | |

### CONSENT ORDER ON MOTION FOR RELIEF FROM STAY AND FOR PROSPECTIVE RELIEF

The above styled Motion having been set down for a hearing before the Court on September 13, 2005, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto;

IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 903 Holden Lane, College Park, Georgia is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through September 30, 2005, totals $750.00, including $150.00 for a filing fee and $600.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Debtor shall receive credit for the sum of $72.06 in his suspense account. Beginning October 1, 2005 Debtor shall resume timely remittance of the regular monthly mortgage payments. Payments should be sent to Litton Loan Servicing L.P., 4828 Loop Central Drive, Houston, TX, 77081-2226 or to such address as may be designated.

FURTHER ORDERED that Movant is authorized to amend its Proof of Claim, or to file a Proof of Claim if applicable, to have the remaining arrearage of $677.94 paid by the Chapter 13 Trustee in the normal disbursements.

FURTHER ORDERED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Note and Deed for a period of two (2) years from the date of entry of this Order, then upon notice of default sent by first class mail to Debtor and Debtor's attorney, and failure of Debtor to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay and an Order Granting Prospective relief, without further notice or hearing.

FURTHER ORDERED that if the stay is lifted, then upon the

completion of any foreclosure sale, any funds in excess of the payoff due to Movant shall be paid to the Trustee for the benefit of the Estate.

SO ORDERED this ___17___ day of ___October___, 2005.

_C. Ray Mullins_
C. RAY MULLINS
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO BY:

_MATTHEW J. DYER, GEORGIA BAR No. 236848_
Alice A. Blanco, Bar No. 062160
Attorney for Movant
McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102
(770) 643-2148
(800) 275-7171

_Anthony B Sandberg_        SIGNED BY MICHELLE HART
Anthony B. Sandberg, Bar No. 625210    (GEORGIA BAR No. 334291)
Attorney for Debtor        WITH EXPRESS PERMISSION

NO OPPOSITION:

_Nancy J Whaley 138019_
Nancy J. Whaley, Bar No. 377941
Chapter 13 Trustee

## DISTRIBUTION LIST

Bankruptcy Department
McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102

Fred Ponder
903 Holden Lane
Atlanta, GA  30349

Anthony B. Sandberg
235 Peachtree Street
North Tower - Suite 400
Atlanta, GA  30303

Nancy J. Whaley, Trustee
303 Peachtree Center Avenue
Suntrust Garden Plaza, Suite 120
Atlanta, GA  30303