| **ACDV Response:** | | | | 1075478265001 |
|---|---|---|---|---|
| **Account Number:** | ▇▇46718 | **SSN:** | | ▇▇3318 |
| **Consumer Name:** | FRED PONDER | **Control Number:** | | ▇▇478265001 |
| **Date Received:** | 14179 | **Originator:** | | |
| **Response Code:** | 02: | **Subscriber Code:** | | 6107530 |
| **Response Date:** | 09/30/2015 | **DF Contact Number:** | | |
| **Response Due Date:** | 10/13/2015 | **DF Authorized Name:** | | sindhu K B |
| **Queue Name:** | default1001540 | | | |

**Dispute Information:**

| **Dispute Code 1:** | 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. |
|---|---|
| **Dispute Code 2:** | |
| **FCRA Relevant Information:** | CFPB COMPLAINT FILED\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\| |

**Image Information:**

| **Associated Images:** | Yes |
|---|---|
| **Image ID:** | 24258924 |
| **Image Accessed Indicators:** | Yes |

**Consumer Information:**

| | **Request Data** | **Response Data** | **Same / Diff** |
|---|---|---|---|
| Last Name: | PONDER | PONDER | Same |
| First Name: | FRED | FRED | Same |
| Middle Name: | | | Unknown |
| Generation Code: | J:Junior | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | ▇▇3318 | ▇▇3318 | Same |
| Date Of Birth: | ▇▇1949 | | Unknown |
| Telephone Number: | | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | PO BOX ▇▇327 | PO BOX ▇▇327 | Same |
| City: | RIVERDALE | RIVERDALE | |
| State: | GA:Georgia | GA:Georgia | |
| Zip: | 30274 | 30274 | |
| Prev. Street Address: | | | Unknown |
| Prev. City: | | | |
| Prev. State: | | | |
| Prev. Zip: | | | |
| 2nd Prev. Street Address: | | | |
| 2nd Prev. City: | | | |
| 2nd Prev. State: | | | |
| 2nd Prev. Zip: | | | |

1.08E+12

| Account Information: | Request Data | Response Data |
|---|---|---|
| Account Status: | 84:Account 180 days or more past the due date. | 97:Unpaid balance reported as a loss (charge off). |
| Payment Rating: | | |
| Cond. / Cum. Status: | OPEN/ DEL 180 | |
| CII: | | |
| MOP: | | |
| CCC: | | XR:Removes the most recently reported Compliance Condition Code. |
| SCC: | | |
| Portfolio Type: | | M:Mortgage |
| Account Type: | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) |
| Interest Type Indicator: | | |
| Terms Duration: | 030 | 30 |
| Terms Frequency: | M:Monthly | M:Monthly |
| Date Opened: | 08/15/2002 | 08/15/2002 |
| Date of Account Information: | 08/31/2015 | 09/30/2015 |
| Date of Last Payment: | 12/01/2014 | 12/01/2014 |
| Date Closed: | | |
| FCRA DOFD: | | 11/01/2013 |
| Current Balance: | 53575 | 53575 |
| Amount Past Due: | 15311 | 15311 |
| High Credit / Original Amt.: | 59500 | 59500 |
| Credit Limit: | | |
| Original Charge Off Amount: | | |
| Actual Payment: | 533 | 6/16/1901 0:00 |
| Scheduled Monthly Payment: | 533 | 533 |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | CALL 2147264067 FOR CONSUMER STATEMENT | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | Req. | | | | - | - | L | 6 | 6 | 6 | 6 | 6 | 6 |
|  | Resp. | | | | - | D | D | D | D | D | D | D | D |
| 2014 | Req. | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
|  | Resp. | D | D | D | D | D | D | D | D | D | D | D | D |
| 2013 | Req. | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
|  | Resp. | D | D | D | D | D | D | D | D | D | D | D | D |
| 2012 | Req. | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
|  | Resp. | D | D | D | D | D | D | D | D | D | D | D | D |
| 2011 | Req. | 6 | 6 | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | D | D | B | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req | - | - | - | - | - | | | | | | | |
|  | Res | - | - | - | - | - | | | | | | | |

OLS/PONDER - 000959

| | | 1.07548E+12 |
|---|---|---|
| **Associated Consumer Information** | | |
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Submitted by: | sindhu K B | Date: 09/30/2015 |

**By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.**

OLS/PONDER - 000960

| ACDV Response: | | | | 99995268042186040 |
|---|---|---|---|---|
| Account Number: | ▮46718 | SSN: | | ▮3318 |
| Consumer Name: | FRED ETHAL PONDER | Control Number: | | ▮5268042186040 |
| Date Received: | 8572 | Originator: | | |
| Response Code: | 02: | Subscriber Code: | | 465FS01690 |
| Response Date: | 10/01/2015 | DF Contact Number: | | |
| Response Due Date: | 10/16/2015 | DF Authorized Name: | | Chaitra A T |
| Queue Name: | default1001540 | | | |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. |
| Dispute Code 2: | |
| FCRA Relevant Information: | CFPB COMPLAINT |

| Image Information: | |
|---|---|
| Associated Images: | Yes |
| Image ID: | 24208251 |
| Image Accessed Indicators: | Yes |

| Consumer Information: | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | PONDER | PONDER | Same |
| First Name: | FRED | FRED | Same |
| Middle Name: | ETHAL | | Unknown |
| Generation Code: | J:Junior | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | ▮3318 | ▮3318 | Same |
| Date Of Birth: | ▮/1949 | | Unknown |
| Telephone Number: | | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | PO BOX ▮327 | PO BOX ▮27 | Same |
| City: | RIVERDALE | RIVERDALE | |
| State: | GA:Georgia | GA:Georgia | |
| Zip: | 30274 | 30274 | |
| Prev. Street Address: | ▮HOLDEN LN | | Unknown |
| Prev. City: | COLLEGE PARK | | |
| Prev. State: | GA:Georgia | | |
| Prev. Zip: | 30349 | | |
| 2nd Prev. Street Address: | ▮REDLAND DR | | |
| 2nd Prev. City: | JONESBORO | | |
| 2nd Prev. State: | GA:Georgia | | |
| 2nd Prev. Zip: | 30238 | | |

1.00E+17

## Account Information:

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 97:Unpaid balance reported as a loss (charge off). | 97:Unpaid balance reported as a loss (charge off). |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | | XR:Removes the most recently reported Compliance Condition Code. |
| SCC: | | |
| Portfolio Type: | M:Mortgage | M:Mortgage |
| Account Type: | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) |
| Interest Type Indicator: | | |
| Terms Duration: | 30 | 30 |
| Terms Frequency: | M:Monthly | M:Monthly |
| Date Opened: | 08/01/2002 | 08/15/2002 |
| Date of Account Information: | 08/28/2015 | 10/01/2015 |
| Date of Last Payment: | 12/01/2014 | 12/01/2014 |
| Date Closed: | | |
| FCRA DOFD: | 12/01/2010 | 11/01/2013 |
| Current Balance: | 53575 | 53575 |
| Amount Past Due: | 15311 | 15311 |
| High Credit / Original Amt.: | | 59500 |
| Credit Limit: | 0 | |
| Original Charge Off Amount: | 53575 | |
| Actual Payment: | 1066 | 6/16/1901 0:00 |
| Scheduled Monthly Payment: | 533 | 533 |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

## Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | Req. | | | | - | - | - | - | - | - | - | - | - |
| | Resp. | | | | - | D | D | D | D | D | D | D | D |
| 2014 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | D | D | D | D | D | D | D | D | D | D | D | D |
| 2013 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | D | D | D | D | D | D | D | D | D | D | D | D |
| 2012 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | D | D | D | D | D | D | D | D | D | D | D | D |
| 2011 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | D | D | B | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req | - | - | - | | | | | | | | | |
| | Res | - | - | - | | | | | | | | | |

OLS/PONDER - 000962

| | | 9.99953E+16 |
|---|---|---|
| **Associated Consumer Information** | | |
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Submitted by: | Chaitra A T | Date: 10/01/2015 |
| **By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.** | | |

R3.07                            3 of 3

OLS/PONDER - 000963

| AUD | | | |
|---|---|---|---|
| | | | **76890931** |
| **AUD Control Number:** | ▮0931 | **AUD Correction Ind:** | 1 |
| **Date Submitted:** | 10/26/2015 | **DF Authorized Name:** | Jebha abhirami |
| **Equifax SC:** | 465FS01690 | **Experian SC:** | 6107530 |
| **Innovis SC:** | 2098096 | **TransUnion SC:** | 813P004 |
| **Consumer Information** | | | |
| **Last Name:** | PONDER | **Prev.Last Name:** | |
| **First Name:** | FRED | **Prev.First Name:** | |
| **Middle Name:** | | **Prev.Middle Name:** | |
| **Generation Code:** | | **Prev. Generation Code:** | |
| **Street Address:** | PO BOX ▮327 | **Prev. Street Address:** | |
| **City:** | RIVERDALE | **Prev.City:** | |
| **State:** | GA:Georgia | **Prev.State:** | |
| **Zip:** | 30274 | **Prev.Zip:** | |
| **SSN:** | ▮3318 | **DOB:** | |
| **Telephone Number:** | | | |
| **CII:** | | | |
| **ECOA Code:** | 1:Individual | | |
| **Employment Information** | | | |
| **Employer Name:** | | **Street Address:** | |
| **Occupation:** | | **City:** | |
| | | **State:** | |
| | | **Zip :** | |
| **Account Information** | | | |
| **Account Status:** | 97:Unpaid balance reported as a loss (charge off). | | |
| **Payment Rating:** | | | |
| **Account Number:** | ▮46718 | | |
| **Special Comment:** | | | |
| **Compliance Condition:** | XR:Removes the most recently reported Compliance Condition Code. | | |
| **Portfolio Type:** | M:Mortgage | | |
| **Account Type:** | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) | | |
| **Interest Type Indicator:** | | | |
| **Terms Duration:** | 30 | **Scheduled Monthly Pymnt.:** | 533 |
| **Terms Frequency:** | M:Monthly | **Original Creditor Name:** | |
| **Date Opened:** | 08/15/2002 | **Creditor Classification:** | |
| **Date Of Last Payment:** | 12/01/2014 | **Portfolio Indicator:** | |
| **FCRA DOFD:** | 10/01/2010 | **Purchased From / Sold To:** | |
| **Date Of Acct Information:** | 10/26/2015 | **Specialized Payment Ind.:** | |
| **Date Closed:** | | **Defrd. Payment Start Date:** | |
| **Current Balance:** | 53575 | **Balloon Payment Amt.:** | |
| **Credit Limit:** | | **Balloon Payment Due Date:** | |
| **Original Charge-Off Amt:** | 56049 | **Agency ID:** | |
| **Actual Pymnt:** | 0 | **Sec. Mktg. Agency Account Number:** | |

OLS/PONDER - 000964

| Amt Past Due: | 15311 | Mortgage ID Number (MIN): | |
|---|---|---|---|
| **High Credit / Orig. Amt.:** | 59500 | | |

OLS/PONDER - 000965

|  |  |  |  |  |  |  |  |  |  |  |  | 76890931 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account History** | | | | | | | | | | | | |
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2015 |  |  |  | D | D | D | D | D | D | D | D | D |
| 2014 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2013 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2012 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2011 | D | D | B | - | - | - | - | - | - | - | - | - |
| 2010 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | - | - | - | - | - | - | - | - | - | - | - | - |

| **Associated Consumer Information** | | |
|---|---|---|
|  | **First Associated Consumer** | **Second Associated Consumer** |
| Last Name: |  |  |
| First Name: |  |  |
| Middle Name: |  |  |
| Generation Code: |  |  |
| SSN: |  |  |
| Date Of Birth: |  |  |
| Telephone Number: |  |  |
| ECOA Code: |  |  |
| CII: |  |  |
| Street Address: |  |  |
| City: |  |  |
| State: |  |  |
| Zip: |  |  |

| Submitted by: | Jebha abhirami |
|---|---|
| Date: | 10/26/2015 |
| **By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.** | |

OLS/PONDER - 000966

| AUD | | | |
|---|---|---|---|
| | | | **78825665** |
| **AUD Control Number:** | ▮5665 | **AUD Correction Ind:** | 1 |
| **Date Submitted:** | 03/23/2016 | **DF Authorized Name:** | Vani Mukundraju |
| **Equifax SC:** | 465FS01690 | **Experian SC:** | 6107530 |
| **Innovis SC:** | 2098096 | **TransUnion SC:** | 813P004 |
| **Consumer Information** | | | |
| **Last Name:** | PONDER | **Prev.Last Name:** | |
| **First Name:** | FRED | **Prev.First Name:** | |
| **Middle Name:** | | **Prev.Middle Name:** | |
| **Generation Code:** | | **Prev. Generation Code:** | |
| **Street Address:** | PO Box ▮327 | **Prev. Street Address:** | |
| **City:** | Riverdale | **Prev.City:** | |
| **State:** | GA:Georgia | **Prev.State:** | |
| **Zip:** | 302741325 | **Prev.Zip:** | |
| **SSN:** | ▮3318 | **DOB:** | |
| **Telephone Number:** | | | |
| **CII:** | | | |
| **ECOA Code:** | 1:Individual | | |
| **Employment Information** | | | |
| **Employer Name:** | | **Street Address:** | |
| **Occupation:** | | **City:** | |
| | | **State:** | |
| | | **Zip :** | |
| **Account Information** | | | |
| **Account Status:** | 97:Unpaid balance reported as a loss (charge off). | | |
| **Payment Rating:** | | | |
| **Account Number:** | ▮46718 | | |
| **Special Comment:** | | | |
| **Compliance Condition:** | | | |
| **Portfolio Type:** | M:Mortgage | | |
| **Account Type:** | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) | | |
| **Interest Type Indicator:** | | | |
| **Terms Duration:** | 30 | **Scheduled Monthly Pymnt.:** | 533 |
| **Terms Frequency:** | M:Monthly | **Original Creditor Name:** | |
| **Date Opened:** | 08/15/2002 | **Creditor Classification:** | |
| **Date Of Last Payment:** | 02/01/2016 | **Portfolio Indicator:** | |
| **FCRA DOFD:** | 10/01/2010 | **Purchased From / Sold To:** | |
| **Date Of Acct Information:** | 03/23/2016 | **Specialized Payment Ind.:** | |
| **Date Closed:** | | **Defrd. Payment Start Date:** | |
| **Current Balance:** | 53323 | **Balloon Payment Amt.:** | |
| **Credit Limit:** | 0 | **Balloon Payment Due Date:** | |
| **Original Charge-Off Amt:** | 0 | **Agency ID:** | |
| **Actual Pymnt:** | 533 | **Sec. Mktg. Agency Account Number:** | |

OLS/PONDER - 000967

| **Amt Past Due:** | 0 | **Mortgage ID Number (MIN):** | |
| --- | --- | --- | --- |
| **High Credit / Orig. Amt.:** | 59500 | | |

**Amt Past Due:** 0   **Mortgage ID Number (MIN):**

OLS/PONDER - 000968

78825665

| Account History | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2016 |  |  |  |  |  |  |  |  | - | 6 | D | D |
| 2015 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2014 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2013 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2012 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2011 | D | D | - | - | - | - | - | - | - | - | - | - |
| 2010 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | - | - | - | - | - | - | - | - | - |  |  |  |

| Associated Consumer Information | | |
|---|---|---|
|  | **First Associated Consumer** | **Second Associated Consumer** |
| Last Name: |  |  |
| First Name: |  |  |
| Middle Name: |  |  |
| Generation Code: |  |  |
| SSN: |  |  |
| Date Of Birth: |  |  |
| Telephone Number: |  |  |
| ECOA Code: |  |  |
| CII: |  |  |
| Street Address: |  |  |
| City: |  |  |
| State: |  |  |
| Zip: |  |  |

| Submitted by: | Vani Mukundraju |
|---|---|
| Date: | 03/23/2016 |
| By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted. | |

OLS/PONDER - 000969

| AUD | | | |
|---|---|---|---|
| | | | **78843981** |
| **AUD Control Number:** | ▮43981 | **AUD Correction Ind:** | 1 |
| **Date Submitted:** | 03/24/2016 | **DF Authorized Name:** | Vani Mukundraju |
| **Equifax SC:** | 465FS01690 | **Experian SC:** | 6107530 |
| **Innovis SC:** | 2098096 | **TransUnion SC:** | 813P004 |
| **Consumer Information** | | | |
| **Last Name:** | PONDER | **Prev.Last Name:** | |
| **First Name:** | FRED | **Prev.First Name:** | |
| **Middle Name:** | | **Prev.Middle Name:** | |
| **Generation Code:** | | **Prev. Generation Code:** | |
| **Street Address:** | PO BOX ▮327 | **Prev. Street Address:** | |
| **City:** | RIVERDALE | **Prev.City:** | |
| **State:** | GA:Georgia | **Prev.State:** | |
| **Zip:** | 302741325 | **Prev.Zip:** | |
| **SSN:** | ▮318 | **DOB:** | |
| **Telephone Number:** | | | |
| **CII:** | | | |
| **ECOA Code:** | 1:Individual | | |
| **Employment Information** | | | |
| **Employer Name:** | | **Street Address:** | |
| **Occupation:** | | **City:** | |
| | | **State:** | |
| | | **Zip :** | |
| **Account Information** | | | |
| **Account Status:** | 97:Unpaid balance reported as a loss (charge off). | | |
| **Payment Rating:** | | | |
| **Account Number:** | ▮46718 | | |
| **Special Comment:** | | | |
| **Compliance Condition:** | | | |
| **Portfolio Type:** | M:Mortgage | | |
| **Account Type:** | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) | | |
| **Interest Type Indicator:** | | | |
| **Terms Duration:** | 30 | **Scheduled Monthly Pymnt.:** | 533 |
| **Terms Frequency:** | M:Monthly | **Original Creditor Name:** | |
| **Date Opened:** | 08/15/2002 | **Creditor Classification:** | |
| **Date Of Last Payment:** | 02/01/2016 | **Portfolio Indicator:** | |
| **FCRA DOFD:** | 10/01/2010 | **Purchased From / Sold To:** | |
| **Date Of Acct Information:** | 03/24/2016 | **Specialized Payment Ind.:** | |
| **Date Closed:** | | **Defrd. Payment Start Date:** | |
| **Current Balance:** | 53323 | **Balloon Payment Amt.:** | |
| **Credit Limit:** | 0 | **Balloon Payment Due Date:** | |
| **Original Charge-Off Amt:** | 0 | **Agency ID:** | |
| **Actual Pymnt:** | 533 | **Sec. Mktg. Agency Account Number:** | |

| **Amt Past Due:** | 15326 | **Mortgage ID Number (MIN):** | |
| **High Credit / Orig. Amt.:** | 59500 | | |

OLS/PONDER - 000971

| | | | | | | | | | | | 78843981 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account History** | | | | | | | | | | | |
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2016 | | | | | | | | | - | 6 | D | D |
| 2015 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2014 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2013 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2012 | D | D | D | D | D | D | D | D | D | D | D | D |
| 2011 | D | D | - | - | - | - | - | - | - | - | - | - |
| 2010 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | - | - | - | - | - | - | - | - | - | - | | |

| Associated Consumer Information | | |
|---|---|---|
| | **First Associated Consumer** | **Second Associated Consumer** |
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |

| Submitted by: | Vani Mukundraju |
|---|---|
| Date: | 03/24/2016 |
| **By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.** | |

OLS/PONDER - 000972

| AUD | | | |
|---|---|---|---|
| | | | **79610217** |
| **AUD Control Number:** | ████0217 | **AUD Correction Ind:** | 3 |
| **Date Submitted:** | 05/20/2016 | **DF Authorized Name:** | Amanda Baker |
| **Equifax SC:** | 465FS01690 | **Experian SC:** | 6107530 |
| **Innovis SC:** | 2098096 | **TransUnion SC:** | 813P004 |

| Consumer Information | | | |
|---|---|---|---|
| **Last Name:** | PONDER | **Prev.Last Name:** | |
| **First Name:** | FRED | **Prev.First Name:** | |
| **Middle Name:** | | **Prev.Middle Name:** | |
| **Generation Code:** | | **Prev. Generation Code:** | |
| **Street Address:** | PO BOX ███327 | **Prev. Street Address:** | |
| **City:** | RIVERDALE | **Prev.City:** | |
| **State:** | GA:Georgia | **Prev.State:** | |
| **Zip:** | 30274 | **Prev.Zip:** | |
| **SSN:** | ████3318 | **DOB:** | |
| **Telephone Number:** | | | |
| **CII:** | | | |
| **ECOA Code:** | 1:Individual | | |

| Employment Information | | | |
|---|---|---|---|
| **Employer Name:** | | **Street Address:** | |
| **Occupation:** | | **City:** | |
| | | **State:** | |
| | | **Zip :** | |

| Account Information | |
|---|---|
| **Account Status:** | DA:Delete account. |
| **Payment Rating:** | |
| **Account Number:** | ████6718 |
| **Special Comment:** | |
| **Compliance Condition:** | |
| **Portfolio Type:** | M:Mortgage |
| **Account Type:** | 26:Conventional Real Estate Mortgage including Purchase Money First (Terms Duration in years) |
| **Interest Type Indicator:** | |
| **Terms Duration:** | 30 |
| **Terms Frequency:** | M:Monthly |
| **Date Opened:** | 08/15/2002 |
| **Date Of Last Payment:** | |
| **FCRA DOFD:** | |
| **Date Of Acct Information:** | |
| **Date Closed:** | |
| **Current Balance:** | |
| **Credit Limit:** | |
| **Original Charge-Off Amt:** | |
| **Actual Pymnt:** | |

| | |
|---|---|
| **Scheduled Monthly Pymnt.:** | |
| **Original Creditor Name:** | |
| **Creditor Classification:** | |
| **Portfolio Indicator:** | |
| **Purchased From / Sold To:** | |
| **Specialized Payment Ind.:** | |
| **Defrd. Payment Start Date:** | |
| **Balloon Payment Amt.:** | |
| **Balloon Payment Due Date:** | |
| **Agency ID:** | |
| **Sec. Mktg. Agency Account Number:** | |

| **Amt Past Due:** | | **Mortgage ID Number (MIN):** | |
|---|---|---|---|
| **High Credit / Orig. Amt.:** | 59500 | | |

OLS/PONDER - 000974

|  |  |  |  |  |  |  |  |  |  |  |  | 79610217 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account History** | | | | | | | | | | | | |
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2016 |  |  |  |  |  |  |  |  | - | 6 | L | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2013 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2012 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | - | - | - | - | - | - | - | - |  |  |  |  |

| Associated Consumer Information | | |
|---|---|---|
|  | **First Associated Consumer** | **Second Associated Consumer** |
| Last Name: |  |  |
| First Name: |  |  |
| Middle Name: |  |  |
| Generation Code: |  |  |
| SSN: |  |  |
| Date Of Birth: |  |  |
| Telephone Number: |  |  |
| ECOA Code: |  |  |
| CII: |  |  |
| Street Address: |  |  |
| City: |  |  |
| State: |  |  |
| Zip: |  |  |

| Submitted by: | Amanda Baker |
|---|---|
| Date: | 05/20/2016 |
| **By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.** | |

OLS/PONDER - 000975