FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 11 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRED PONDER | |
| v. | CIVIL ACTION NO. 1:16-CV-4125-ODE-LTW |
| OCWEN LOAN SERVICING, LLC | |

ORDER

This civil action is before the court on Defendants' Unopposed Motion Requesting Referral to Mediation [Doc.156].

It appearing that the next available Magistrate Judge in regular rotation is United States Magistrate Linda T. Walker, this case is hereby referred to him to schedule and conduct the mediation, in accordance with Local Rule 920-3(a).

SO ORDERED, this __11__ day of July, 2019.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE